IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. TRI-STATE ELECTRICAL CONTRACTORS, LLC, | ) ) ) | |
| Plaintiff(s), | ) ) | Case No.   CIV-22-856-J |
| v. | ) ) ) | |
| 1. CONSOLIDATED ELECTRICAL DISTRIBUTORS INC.; 2. ACCIDENT FUND; 3. AMERICAN FAMILY LIFE ASSURANCE; 4. ARKANSAS ELECTRIC COOPERATIVES; 5. AUTOMATION-X CORPORATION; 6. AWC, INC.; 7. BALDOR ELECTRIC COMPANY; 8. BANK OF AMERICA, NA; 9. BLUEVINE; 10. CITY ELECTRIC SUPPLY; 11. CITY OF EDMOND; 12. CONTRACTORS SUPPLY CO.; 13. CROSS COUNTRY INFRASTRUCTURE SERVICES, INC.; 14. CRUM ELECTRIC SUPPLY; 15. CYCLONE SERVICES, LLC.; 16. DAVIS H. ELLIOT CONSTRUCTION CO.; 17. DEALERS ELECTRICAL SUPPLY; 18. DUTTON RENT-ALL, INC.; 19. EIDE BAILLY LLP; 20. ETI PREMIUM FINANCE; 21. EVANS ENTERPRISES, INC.; 22. GEA OF TEXAS, INC.; 23. GEOTAB USA, INC.; 24. GLOBAL ENERGY SOLUTIONS, LLC; 25. GRAYBAR ELECTRIC COMPANY, INC.; 26. H&E EQUIPMENT SERVICES, INC.; 27. HEADWAY CAPITAL; 28. HEALTH CARE SERVICES CORPORATION; 29. HOME DEPOT; 30. INCORP; 31. J.P. MORGAN CHASE & CO.; 32. LOCKE SUPPLY; 33. LONESTAR WEST ENTERPRISES, LLC; 34. MERCURY FUNDING; 35. PIPELINE TESTING CONSORTIUM, INC.; 36. PITNEY BOWES GLOBAL FINANCIAL; 37. PRECISION FITTING & GAUGE CO.; 38. PROSTAR SERVICES OKLAHOMA DBA; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

39. QUEEN/WG FUNDING; 40. R.K.                )
BLACK, INC.; 41. REXEL, INC.; 42. RICH &      )
CARTMILL, INC.; 43. SECURITY BANK;            )
44. STRUONG DESIGNS, LLC; 45.                 )
SUNBELT RENTALS, INC.; 46. TERRY              )
WARD; 47. TEXAS COMPTROLLER OF                )
PUBLIC ACCOUNTS; 48. THE I.T. GUYS,           )
LLC; 49. T-REX SERVICES; 50. UI, LLC; 51.     )
UNIQUE FUNDING; 52. US MONITORING             )
INC.; 53. U.S. SMALL BUSINESS                 )
ADMINISTRATION; 54. VERIFORCE; 55.            )
W&W ELECTRIC MOTOR SERVICE, INC.;             )
56. WALL FUNDING; 57.WARREN CAT               )
RENTAL; 58. WESCO INTERNATIONAL,              )
INC.; AND 59. YASKAWA ELECTRIC                )
AMERICA.                                      )
                                              )
        Defendant(s).                         )

## NOTICE OF REMOVAL TO THE
## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TO THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA:

        Assistant United States Attorney Kay Sewell respectfully represents the following:

        1.      U.S. Small Business Administration (hereinafter "SBA") is a United States

Government Agency named as an entity that may be entitled to recovery in this interpleader

action.  This notice of removal involves a civil action pending in the District Court of

Oklahoma County, State of Oklahoma styled *Tri-State Electrical Contractors, LLC, vs.*

*Consolidated Electrical Distributors, Inc., et al.*; Case No. CJ-2022-3695.  No trial has

occurred in this matter. Pursuant to 28 U.S.C. §§ 1442, 1446 and Local Civil Rule 81.2,

attached are copies of all process, pleadings, and orders served upon the United States

Attorney's Office for the Western District of Oklahoma in this action.  (*See* Ex. 1

(Summons); Ex. 2 (Am. Pet. in Interpleader); and Ex. 3 (Copy of OSCN Docket Sheet from

Oklahoma County).)

2.      The Petition filed in this action asserts the Plaintiff, Tri-State Electrical

Contractors, LLC. (hereinafter "TEC") has ceased operations and sold all its assets. After

TEC paid its undisputed first-priority secured creditors, there is a balance of **$383,507.77**

that needs to be distributed among the remaining Defendants. TEC is requesting the Court

order the remaining Defendants to interplead and make claims for the remaining funds.

(Ex. 2 at 5.)

3.      SBA's claim in this matter is considered to be secured and entitled to priority

distribution.

4.      This action is removable to this Court pursuant to 28 U.S.C. § 1442(a)(1)

because the lawsuit involves a claim by U.S. Small Business Administration, an agency of

the United States. Pursuant to the provisions of 28 U.S.C. § 1442(a)(1), the United States

gives notice that the above-referenced action, now pending in the District Court of

Oklahoma County, State of Oklahoma, is hereby removed to this Court.

ROBERT J. TROESTER
United States Attorney

*s/ KAY SEWELL*
Kay Sewell, OBA #10778
Assistant U.S. Attorney
United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8707   (Fax) (405) 553-8885
Email: kay.sewell@usdoj.gov

## CERTIFICATE OF SERVICE

x___ I hereby certify that on September 27, 2022, this document was submitted as an initiating document pursuant to ECF Policies & Procedures Manual, § II.A.2., to the following email new cases email address: newcases@okwd.uscourts.gov and that all initiating documents are attached as separate pdf files.

x___ I hereby certify that on September 27, 2022, I served the attached Notice of Removal by U.S. Mail on the following counsel:

Larry Ball
Hall, Estill, Hardwick, Gable, Golden & Nelson, PC
100 North Broadway, Suite 2900
Oklahoma City, OK   73102
*Attorney for Plaintiff*

Ruston Welch
Welch Law PLC
4101 Perimeter Center Drive, Suite 360
Oklahoma City, OK   73112
*Attorney for Defendant, Arvest Bank*

Misti Beanland
Marlene D. Thomson
Matthews, Shiels, Knott, Eden, Davis & Beanland, LLP
8131 LBJ Freeway, Suite 700
Dallas, TX   75251
*Attorneys for Defendant, Consolidated Electrical Distributors, Inc.*

Emily Kosmider
Barrow & Grimm, PC
110 W. 7th Street, Suite 900
Tulsa, OK   74119
*Attorney for Defendant, Rexel USA, Inc.*

Robert Lee Rainey
Rainey Law, LLP
1601 NW Expressway, Suite 600
Oklahoma City, OK   73118
*Attorney for Defendant, Terry Ward*

Timothy L. Rogers
Barrow & Grimm, PC
110 West 7th Street, Suite 900
Tulsa, OK   74119
*Attorney for Defendant, Rexel USA, Inc.*

James Vogt
Lisa Robertson
Reynolds, Ridings, Vogt & McCart, PLLC
101 Park Avenue, Suite 1010
Oklahoma City, OK   73102
*Attorneys for Defendant, Dealers Electrical Supply*

Karrie J. Clinkenbeard
Armstrong Teasdale LLP
2345 Grand Blvd., Suite 1500
Kansas City, MO   94108-2617
*Attorneys for Defendant, City Electrical Supply Co.*

 *s/ Kay Sewell*
Assistant U.S. Attorney

**Exhibits:**

Exhibit 1 - State Court Summons (Oklahoma County)

Exhibit 2 - Petition in Interpleader (Oklahoma County)

Exhibit 3 - Oklahoma County OSCN Docket Sheet for CJ-2022-3695