IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| TRI-STATE ELECTRICAL CONTRACTORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.; ACCIDENT FUND; AMERICAN FAMILY LIFE ASSURANCE; ARKANSAS ELECTRIC COOPERATIVES; AUTOMATION-X CORPORATION; AWC, INC.; BALDOR ELECTRIC COMPANY; BANK OF AMERICA, NA; BLUEVINE; CITY ELECTRIC SUPPLY; CITY OF EDMOND; CONTRACTORS SUPPLY CO.; CROSS COUNTRY INFRASTRUCTURE SERVICES, INC.; CRUM ELECTRIC SUPPLY; CYCLONE SERVICES, LLC; DAVIS H. ELLIOT CONSTRUCTION CO.; DEALERS ELECTRICAL SUPPLY; DUTTON RENT-ALL, INC.; EIDE BAILLY LLP; ETI PREMIUM FINANCE; EVANS ENTERPRISES, INC.; GEA OF TEXAS, INC.; GEOTAB USA, INC.; GLOBAL ENERGY SOLUTIONS, LLC; GRAYBAR ELECTRIC COMPANY, INC.; H&E EQUIPMENT SERVICES, INC.; HEADWAY CAPITAL; HEALTH CARE SERVICES CORPORATION; HOME DEPOT; INCORP; J.P MORGAN CHASE & CO.; LOCKE SUPPLY; LONESTAR WEST ENTERPRISES, LLC; MERCURY FUNDING; PIPELINE TESTING CONSORTIUM INC.; PITNEY BOWES GLOBAL FINANCIAL; PRECISION FITTING & GAUGE CO.; PROSTAR SERVICES OKLAHOMA DBA; QUEEN/WG FUNDING; R.K. BLACK, INC.; REXEL INC.; RICH & CARTMILL INC.; SECURITY BANK; STRUONG DESIGNS, LLC; SUNBELT RENTALS, INC.; TERRY WARD; TEXAS COMPTROLLER OF PUBLIC ACCOUNTS; THE I.T. GUYS, LLC; T-REX SERVICES; UI, LLC; UNIQUE FUNDING; US MONITORING, INC.; U.S. SMALL BUSINESS ADMINISTRATION; VERIFORCE; W&W ELECTRIC MOTOR SERVICE, INC.; WALL FUNDING; WARREN CAT RENTAL; WESCO INTERNATIONAL, INC.; and YASKAWA ELECTRIC AMERICA.<br><br>    Defendants. | CJ-2022-3695<br><br>Case No. |

## SUMMONS

To the above-named Defendant:        U.S. Small Business Administration

2643716.1:002745.00004

**EXHIBIT 1- SUMMONS**

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court (Oklahoma County Court Clerk, 320 Robert S Kerr Ave #409, Oklahoma City, OK 73102) within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the Verified Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this ___2___ day of August, 2022.

Rick Warren, Court Clerk

By:_____
Deputy Court Clerk

[SEAL]

Attorneys for Plaintiff:
Larry G. Ball, OBA #12205
HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, Oklahoma 73102
Telephone: (405) 553-2828

This summons was served on _____
                              (Date of Service)

_____
Signature of person serving summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

2643716.1:002745.00004

**EXHIBIT 1- SUMMONS**