**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TRI-STATE ELECTRICAL CONTRACTORS, LLC, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 5:22-cv-00856-J |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., et al., | ) | |
| Defendants. | ) | |

**STIPULATION FOR DISMISSAL OF CROSSCLAIM**

COMES NOW City Electric Supply Company, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby voluntarily dismisses its crossclaim against Tri-State Electrical Contractors, LLC without prejudice. Each party to bear its own costs and attorneys' fees.


*/s/Thomas J. Fritzlen, Jr.*
Thomas J. Fritzlen, Jr.
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108
816-221-3420
tfritzlen@atllp.com
ATTORNEY FOR CITY ELECTRIC SUPPLY CO.

*/s/Larry G. Ball*
Larry G. Ball
Hall Estill-OKC
100 N Broadway Ave. Suite 2900
Oklahoma City, OK 73102
405-553-2828
405-553-2855 (fax)
lball@hallestill.com
ATTORNEY FOR TRI-STATE ELECTRICAL CONTRACTORS LLC

*/s/Misti L. Beanland*
Misti L. Beanland
Matthews Stein Shiels Pearce Knott Eden & Davis
8131 LBJ Freeway, Suite 700
Dallas, TX 75251
972-234-3400
972-234-1750 (fax)
beanland@mssattorneys.com
ATTORNEY FOR CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

*/s/Matthew J. Kerschner*
Matthew Joseph Kerschner
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
216-566-5834
Matthew.kerschner@thompsonhine.com

Gary W. Wood
Riggs Abney Neal Turpen Orbison Lewis-OKC
528 NW 12th St.
Oklahoma City, OK 73103
405-843-9909
405-842-2913 (fax)
GWood@RiggsAbney.com
ATTORNEYS FOR WALL FUNDING

*/s/Timothy L. Rogers*
Emily B. Kosmider
Timothy L. Rogers
Barrow & Grimm PC
110 W Seventh St., Suite 900
Tulsa, OK 74119
918-584-1600
ekosmider@barrowgrimm.com
trogers@barrowgrimm.com
ATTORNEYS FOR REXEL INC.

*/s/Robert L. Rainey*
Robert L. Rainey
Stephanie E. Melders
Rainey Law LLP
1601 NW Expressway, Suite 600
Oklahoma City, OK 73118
405-753-1515
405-753-1516 (fax)
robrainey@okclaw.com
stephaniemelders@okclaw.com
ATTORNEYS FOR TERRY WARD

*/s/James Vogt*
James Vogt
Lisa A. Robertson
Reynolds, Ridings, Vogt & McCart, PLLC
101 Park Avenue, Suite 1010
Oklahoma City, OK 73012
405-232-8131
jimvogt@rrvmlaw.com
lisarobertson@rrvmlaw.com
ATTORNEYS FOR DEALERS ELECTRICAL SUPPLY CO.

*/s/Kay D. Sewell*
Kay D. Sewell
US Attorney's Office-OKC
210 W Park Ave., Suite 400
Oklahoma City, OK 73102
405-553-8700
405-553-8885 (fax)
kay.sewell@usdoj.gov
ATTORNEY FOR US SMALL BUSINESS ADMINISTRATION

*/s/Ruston C. Welch*
Ruston C. Welch
Welch Law Firm PC
4101 Perimeter Center Dr., Suite 360
Oklahoma City, OK 73112
405-236-5222
405-231-5222 (fax)
rwelch@welchlawplc.com
ATTORNEY FOR ARVEST BANK f/k/a SECURITY BANK

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 22, 2023, the above and foregoing was electronically filed with the court's e-filing system which sent notice of filing to all counsel of record.

*/s/Thomas J. Fritzlen, Jr.*
Attorney for City Electric Supply Co.