**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TRI-STATE ELECTRICAL CONTRACTORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-856-J |
| | ) | |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court is advised that the parties have reached a resolution in this case. Accordingly, the Clerk of Court is directed to administratively terminate this matter without prejudice to the right of a party to file a stipulation of dismissal, or for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within forty-five days of the date of this Order, closing papers have not been filed, or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 22nd day of June, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE